**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JAMES EDWARD ROSE         :      No. 17-11284
           Debtors          :      Chapter 13

**<u>ORDER</u>**

AND NOW, after consideration of the Debtors' Motion for Extension of Time to File his: Attorney Disclosure Statement, Chapter 7 Statement of Your Current Monthly Income Form 122A-1, Schedules AB-J, Statement of Financial Affairs, and Summary of Assets and Liabilities Form B106, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The aforesaid Motion shall be and hereby is GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that

2. The Debtors shall have until April 9, 2017, to file the aforementioned documents.

**Date: March 19, 2017**

_____,J.