```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                      Case No. 17-11284-ref
James Edward Rose, Jr.                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela            Page 1 of 1        Date Rcvd: Mar 20, 2017
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db             +James Edward Rose, Jr.,    911 Barnesdale Road,    Allentown, PA 18103-3717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              ERIK MARK HELBING    on behalf of Debtor James Edward Rose, Jr. erik_helbing_esq@yahoo.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series
               2006-19 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES EDWARD ROSE | : | No. 17-11284 |
| Debtors | : | Chapter 13 |

**ORDER**

AND NOW, after consideration of the Debtors' Motion for Extension of Time to File his: Attorney Disclosure Statement, Chapter 7 Statement of Your Current Monthly Income Form 122A-1, Schedules AB-J, Statement of Financial Affairs, and Summary of Assets and Liabilities Form B106, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The aforesaid Motion shall be and hereby is GRANTED; and it is further ORDERED, ADJUDGED, and DECREED that

2. The Debtors shall have until April 9, 2017, to file the aforementioned documents.

**Date: March 19, 2017**

_____,J.