## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re: James Edward Rose, Jr. aka      :        Chapter 7
       Jason E. Roman aka
       Jimi E. Rose, Jr.            :        Bankruptcy No. 17-11284

          Debtor(s)        :

### ORDER DISMISSING CASE

       **IT IS ORDERED** that since the Debtor(s), has failed to timely file the documents required by the court order dated February 23, 2017,  this case be and the same is hereby **DISMISSED.**

**Date: April 18, 2017**

_____

RICHARD E. FEHLING

UNITED STATES BANKRUPTCY JUDGE

Missing Documents not filed:

Mailing Matrix
Attorney Disclosure Statement
Certificate of Credit Counseling
Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Schedules A-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106