United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-11284-ref
James Edward Rose, Jr. Chapter 7
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: Angela Page 1 of 2 Date Rcvd: Apr 18, 2017
 Form ID: pdf900 Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
```
db            +James Edward Rose, Jr.,    911 Barnesdale Road,    Allentown, PA 18103-3717
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13871772      +Bank of America, N.A.,    4909 Savarse Circle,    CLE FLI-908-01-47,    Tampa, FL 33634-2413
13871776      +CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13871774      +EOS CCA,    P.O. Box 329,    Norwell, MA 02061-0329
13871770      +Erik M. Helbing, Esq.,    1328 Second Ave.,    Berwick, PA 18603-1616
13871778      +National Penn Bank,    Philadelphia & Reading Ave.,    Boyertown, PA  19512,
                Berks Credit & Coll,    900 Corporate Drive,    Reading, PA 19605-3340
13877503      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13891653      +The Bank of New York Mellon,    c/o Matteo S. Weiner, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Apr 19 2017 01:22:55     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2017 01:22:42
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2017 01:22:59     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 01:19:16     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13871775       E-mail/Text: bankruptcy@bbandt.com Apr 19 2017 01:22:34     BB&T,    P.O. Box 1847,
                Wilson, NC  27894
13871771      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2017 01:22:36     Ditech Financial, LLC,
                P.O. Box 6172,    Rapid City, SD 57709-6172
13871777      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2017 01:22:32     Kohls/Capone,
                N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
13871773      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 01:19:16     SYNCB/Lowes,    P.O. Box 956005,
                Orlando, FL 32896-0001
                                                                                               TOTAL: 8
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13875492*     ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
                (address filed with court:  BB&T,    PO Box 1847,    Wilson NC 27894)
13871769*     +James Edward Rose, Jr.,    911 Barnesdale Road,    Allentown, PA 18103-3717
13871780     ##+Blinda Heller,    34 East Barkley Street,    Topton, PA 19562-1200
13871779     ##+Milstead & Asociates, LLC,    220 Lake Drive East,    Suite 301,    Cherry Hill, NJ 08002-1165
                                                                                              TOTALS: 0, * 2, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017 Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Angela              Page 2 of 2              Date Rcvd: Apr 18, 2017
                              Form ID: pdf900           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com,   deisenberg@ecf.epiqsystems.com
              ERIK MARK HELBING    on behalf of Debtor James Edward Rose, Jr. erik_helbing_esq@yahoo.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series
               2006-19 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: James Edward Rose, Jr. aka       :       Chapter 7
      Jason E. Roman aka
      Jimi E. Rose, Jr.       :       Bankruptcy No. 17-11284

      Debtor(s)       :

**ORDER DISMISSING CASE**

**IT IS ORDERED** that since the Debtor(s), has failed to timely file the documents required by the court order dated February 23, 2017, this case be and the same is hereby **DISMISSED.**

**Date: April 18, 2017**

RICHARD E. FEHLING

UNITED STATES BANKRUPTCY JUDGE

Missing Documents not filed:

Mailing Matrix
Attorney Disclosure Statement
Certificate of Credit Counseling
Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Schedules A-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106